# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:16cv325

| | |
|---|---|
| VIVIAN ROBERTI, | ) |
| | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )       **ORDER** |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     **Defendant.** | ) |
| _____ | ) |

Previously, Plaintiff filed a Motion for Extension of Time to respond to the Commissioner's Motion for Summary Judgment. The Court granted the motion and instructed Plaintiff as follows:

> Plaintiff shall have until June 18, 2017, to file any response/reply brief. **The Court notes, however, that pursuant to the Court's Social Security Briefing Order, Plaintiff's brief is limited to five (5) pages and may only address issues raised for the first time in the Commissioner's Motion for Summary Judgment.**

(Order, May 19, 2017, ECF No. 13.)

In blatant disregard for both this Court's prior Order and the Court's Social Security Briefing Order, Plaintiff filed an eleven (11) page response brief.

Accordingly, the Court **STRIKES** the Response [# 14] from the record for failure

to comply with a lawful Order of this Court. The Court **DENIES as moot** the

Consent Motion for Leave to File Sur-Reply [# 15].

Signed: June 9, 2017

Dennis L. Howell
United States Magistrate Judge