UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-00325-MOC-WCM

| | |
|---|---|
| **VIVIAN ROBERTI,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **ORDER** |
| ) | |
| **ANDREW SAUL,** ) | |
| **Commissioner of Social Security,** ) | |
| **Defendant.** ) | |

This matter is before the Court on Plaintiff's Motion for Attorney Fees, filed pursuant to 42 U.S.C. § 406(b)(1). (Doc. No. 29). Finding that the amount of the requested fees is reasonable, the motion is **GRANTED**.

Plaintiff's counsel shall be awarded attorney fees in the amount of $23,664.93. Upon receipt of this fee, Plaintiff's counsel shall refund to Plaintiff the amount of $5,418.00, which was previously awarded under the Equal Access to Justice Act.

Signed: December 3, 2020

Max O. Cogburn Jr.
United States District Judge